B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

In re __Tracy Barnett__,  Case No. __09-38444__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LVNV Funding LLC | JPMorgan Chase Bank, N.A |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Court Claim # (if known): __3__
Amount of Claim: __1,603.59__
Date Claim Filed: __02/05/2010__

Phone: __877-264-5884__
Last Four Digits of Acct #: __4169__

Phone: __877-264-5884__
Last Four Digits of Acct. #: __8031__

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Joyce Montjoy__   Date: __3/11/2010__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

CHASE ◯

## BILL OF SALE

Chase Bank USA, N.A ("Seller"), for value received and pursuant to the terms and conditions of Credit Card Account Purchase Agreement dated December 11, 2009 between Seller and Sherman Originator III LLC ("Purchaser"), its successors and assigns ("Credit Card Account Purchase Agreement"), hereby assigns effective as of the File Creation Date of February 11, 2010 all rights, title and interest of Seller in and to those certain receivables, judgments or evidences of debt described in Exhibit "1" attached hereto and made part hereof for all purposes.

    Number of Accounts     █████
    Total Unpaid Balances     █████
    Premium/Discount     █████
    Due Seller     █████

Amounts due to Seller by Purchaser in hereunder shall be paid U.S. Dollars by a wire transfer to be received by Seller on February 23, 2010 (the "Closing Date"), by 2 p.m. Seller's time, as follows:

**Chase Bank USA, N.A.**
**ABA** █████
**Beneficiary Name: Chase Bank USA, N.A.**
**Beneficiary Account:** █████

This Bill of Sale is executed without recourse except as stated in the Credit Card Account Purchase Agreement to which this is an Exhibit. No other representation of or warranty of title or enforceability is expressed or implied.

SELLER: **Chase Bank USA, N.A.**   Buyer: SHERMAN ORIGINATORS III, LLC

By: _[signature]_   By: _[signature]_

Date: February 18, 2010   Date: February 18, 2010

Title   Team Leader   Title   DIRECTOR

**CHASE**

## ASSIGNMENT OF ACCOUNTS
## AND WAIVER OF NOTICE OF TRANSFER OF CLAIMS

Chase Bank USA, National Association (the "Seller"), for value received, without recourse, assigns, sells and delivers to Sherman Originator LLC., a Delaware limited liability company, (the "Buyer") all right, title and interest in and to (i) certain unsecured consumer line of credit accounts and consumer credit card accounts (the "Accounts") which are described on computer files furnished by the Seller to the Buyer on a monthly basis and (ii) all proceeds of such Accounts after the applicable Cut-off Date (as defined in the Agreement).

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice or hearing requirements imposed by, or right to object pursuant to, Bankruptcy Rule 3001 (e)(2) or otherwise. Seller further consents to the attachment of a copy of this Assignment to a Notice of Transfer of Claims filed by Buyer pursuant to said rule.

Seller represents and warrants to Buyer that each of the obligations of the Seller required to be performed by the Seller on or prior to the date hereof pursuant to the terms of the Purchase Agreement dated as of **December 11, 2009** between the Seller and the Buyer (the "Agreement") has been duly performed and all representations and warranties of the Seller made under the Agreement are true and correct as of the date hereof.

Dated: February 18, 2010            CHASE BANK USA, N.A.

By: _____
Name: Theresa Stinson
Title: Team Leader

Duly sworn to before me this 18th day of February, 2010

_____
Notary Public
My commission expires: 3\1\2011

LESLIE D GOUGE
Notary Public-Maryland
Washington County
My Commission Expires
March 01, 2011

## SALE AND ASSIGNMENT

Sherman Originator III LLC ("Sherman III"), without recourse, to the extent permitted by applicable law, hereby transfer, sells, assigns, conveys, grants and delivers to Sherman Originator LLC ("Originator") all of its right, title and interest in and to the Receivables and other assets purchased by Sherman III on the date(s) listed in Exhibit A, identified on the Receivable File dated **2/28/10** that is hereby delivered to Originator and accompanies this Sale and Assignment.

Sherman Originator LLC ("Originator"), therefore, hereby transfers, sells, assigns, conveys, grants and delivers to LVNV Funding LLC ("Company"), in accordance with the provisions of the Sale Agreement dated as of April 29, 2005, between Originator and Company (the "Agreement"), the Receivable Assets (as defined in the Agreement") identified on the Receivable File dated **2/28/10** that is hereby delivered to Company and accompanies this Sale and Assignment.

Dated: **February 28, 2010**

SHERMAN ORIGINATOR III LLC
a Delaware limited Liability company

By: _____
Name: Jon Mazzoli
Title: Director

Dated: **February 28, 2010**

SHERMAN ORIGINATOR LLC
a Delaware limited Liability company

By: _____
Name: Les Gutierrez
Title: Authorized Representative

Dated: **February 28, 2010**

LVNV Funding LLC
a Delaware limited liability company

By: _____
Name: Les Gutierrez
Title: Authorized Representative