B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Eastern District of Virginia

DWAINE CHRISTOPHER BARNETT
In re TRACY F BARNETT_____,          Case No. 09-38444_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Midland Funding, LLC by American InfoSource LP | FIA Card Services, N.A. as successor in interest to Bank of America NA and MBNA America Bank |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Midland Funding, LLC by American InfoSource LP
PO Box 248897
Oklahoma City, OK  73124-8897

Court Claim # (if known): _____9_____
Amount of Claim: _____$354.10_____
Date Claim Filed: _____03/23/2010_____

Phone: _____
Last Four Digits of Acct #: _____7454_____

Phone: _____
Last Four Digits of Acct. #: _____7454_____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Blake Hogan_____          Date: 09/08/2010_____
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.